1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIMBERLY A. SANCHEZ
KATHLEEN A. SERVATIUS
3 | Assistant U.S. Attorneys
4401 Federal Building
4 | 2500 Tulare Street
Fresno, California 93721
5 | Telephone: (559) 497-4000

SEALED



FILED

JUN 0 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO. 1: 10 CR 0 0 2 1 1 LJO
                          )
        Plaintiff,        ) EX PARTE MOTION TO SEAL
                          ) INDICTMENT PURSUANT
    v.                    ) TO RULE 6(e), FEDERAL
                          ) FEDERAL RULES OF
SHWAN CAMERON, et al.     ) CRIMINAL PROCEDURE
                          )
        Defendants.       )
_____)

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 3, 2010, charging the above defendant with a violation of Title 21, United States Code, §§ 846, 841(a)(1)- Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and Methamphetamine be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings

1

1 | of the Indictment or any warrants issued pursuant thereto, except
2 | when necessary for the issuance and execution of the warrant.
3 | DATED: June 3, 2010                     Respectfully submitted,
4 |                                          BENJAMIN B. WAGNER
  |                                          United States Attorney
5 |
  |                                          By /s/ Kathleen Servatius
6 |                                             KIMBERLY A. SANCHEZ
  |                                          Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 3rd day of June, 2010.
9 |
10|                                          _____
  |                                          U.S. Magistrate Judge
11|                                          SM SNYDER