1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

**FILED**

JUN 0 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-211 LJO |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT; AND ORDER |
| SHAWN MICHAEL CAMERON, et al., | |
| Defendants. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record as to the named defendants **ONLY**. The government requests that the Indictment remain sealed as to the remaining defendants.

It is hereby ORDERED that the Indictment in this case, previously sealed by Order of this Court, and is UNSEALED as to the named defendants **ONLY**.

Dated: June 8, 2010

_____
KIMBERLY A. SANCHEZ
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: June 8, 2010

_____
GARY S. AUSTIN
United States Magistrate Judge

1