1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

FILED

JUN 0 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        ) CASE NO.  1:10-211 LJO
                                    )
9          Plaintiff,                )
                                    ) MOTION TO UNSEAL INDICTMENT;
10         v.                        ) AND ORDER
                                    )
11 SHAWN MICHAEL CAMERON, et al.,   )
                                    )
12         Defendants.               )
                                    )
13 _____ )

14      The United States of America, by and through Benjamin B.

15 Wagner, United States Attorney, and Kimberly A. Sanchez, Assistant

16 United States Attorney, hereby moves that the Indictment in this

17 case be unsealed and made public record.

18

19

20 Dated: June 8, 2010

21                                    _____
                                      KIMBERLY A. SANCHEZ
22                                    Assistant U. S. Attorney

23      IT IS SO ORDERED.

24 DATED: June 8, 2010
                                      _____
25                                    GARY S. AUSTIN
                                      United States Magistrate Judge
26

27

28

1