CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant
CHRISTOPHER MEDRANO

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SHAWN CAMERON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cr-00211 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND MOTION HEARING; ORDER<br><br>Date:  August 9, 2010<br>Time:  9:00 am<br>Honorable Oliver W. Wanger |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　A status conference and motions hearing in this matter is currently set for August 9, 2010 at 9:00 am.

　　　　By agreement of the parties, it is requested that the status conference be continued until August 23, 2010 at 9:00 am.

　　　　The reason for this request is to allow additional time for the government to respond to pending motions and to accommodate the schedule of counsel for defendant Christopher Medrano, who will be engaged in trial on that date.

1    It is further stipulated that the time between August 9, 2010 and August 23, 2010 shall
2 be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A)
3 and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for additional
4 discovery review, response to pending motions, and to allow for the hearing and court ruling on
5 pending pretrial motions.

Dated:  August 3, 2010                                              Respectfully submitted,


/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
CHRISTOPHER MEDRANO

/s/  J.M. IrIgoyen____
J.M.IRGOYEN
Attorney for Defendant
SHAWN CAMERON

/s/  Anthony P. Capozzi____
ANTHONY P. CAPOZZI
Attorney for Defendant
JOSE ANTONIO VELEZ

/s/  John F. Garland___
JOHN F. GARLAND
Attorney for Defendant
RICHARD SALAS

/s/  Harry M. Drandell___
HARRY M. DRANDELL
Attorney for Defendant
RAYMOND LOUIS AVALOS

/s/  Peter Michael Jones___
PETER MICHAEL JONES
Attorney for Defendant
JEROME LANDEROS

/s/  Dale A. Blickenstaff___
DALE A. BLICKENSTAFF
Attorney for Defendant
ARMANDO NUNEZ

/s/  Steven L. Crawford___

| | |
|---|---|
| 1 | STEVEN L. CRAWFORD |
| | Attorney for Defendant |
| 2 | JONATHAN OMAR MARIN MOJARRO |
| 3 | |
| | /s/  Richard A. Beshwate, Jr. |
| 4 | RICHARD A. BESHWATE, JR. |
| | Attorney for Defendant |
| 5 | JOHN ANTHONY REYNA |
| 6 | |
| | /s/  David F. Candelaria |
| 7 | DAVID F. CANDELARIA |
| | Attorney for Defendant |
| 8 | CALIXTRO ISRAEL SANCHEZ |
| 9 | |
| 10 | s/  Eric K. Fogderude |
| | ERIC K. FOGDERUDE |
| 11 | Attorney for Defendant |
| | LEONARD LUERA |
| 12 | |
| 13 | s/  Mark W. Coleman |
| | MARK W. COLEMAN |
| 14 | Attorney for Defendant |
| | MANUEL ALEJANDRO GARCIA |
| 15 | |
| 16 | /s/  Gary L. Huss |
| | GARY L. HUSS |
| 17 | Attorney for Defendant |
| | GAMALIEL GUERRA |
| 18 | |
| 19 | /s/  Galatea R. DeLapp |
| | GALATEA R. DELAPP |
| 20 | Attorney for Defendant |
| | VANESSA MARIN CAMERON |
| 21 | |
| 22 | s/  Brian Andritch |
| | BRIAN ANDRITCH |
| 23 | Attorney for Defendant |
| | DAVID RAY SANCHEZ |
| 24 | |
| 25 | s/  Jon Kiyoshi Renge |
| | JON KIYOSHI RENGE |
| 26 | Attorney for Defendant |
| | FLORENTINO TORRES ACOSTA |
| 27 | |
| | s/  Nicholas F. Reyes |
| 28 | NICHOLAS F. REYES |
| | Attorney for Defendant |

ANTONIO SANTOS PEREZ


s/ Michael W. Berdinella
MICHAEL W. BERDINELLA
Attorney for Defendant
ERNESTO CASTRO

s/ Robert D. Wilkinson
ROBERT D. WILKINSON
Attorney for Defendant
FELIX ALEJANDRO

s/ Mario DiSalvo
MARIO DISALVO
Attorney for Defendant
JESUS RAMON SERRANO

s/ Jurdle Clay Jacke, II
HURDLE CLAY JACKE, II
Attorney for Defendant
DAVID RENE TERRAZAS

BENJAMIN B. WAGNER
United States Attorney


By    /s/ Kimberly A. Sanchez
      KIMBERLY A. SANCHEZ
      Assistant U.S. Attorney
      Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference and motion hearing currently set for August 9, 2010 at 9:00 am, be continued to August 23, 2010 at 9:00 am.

It is further ORDERED that the time between August 9, 2010 and August 23, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for further discovery review, response to motions and for hearing and the court's ruling on said motions.

IT IS SO ORDERED.

Dated: **August 3, 2010**         **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE