IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-211 OWW |
| ) | |
| Plaintiff, ) | ORDER CONTINUING TIME FOR |
| ) | GOVERNMENT'S RESPONSE TO |
| ) | DEFENDANTS' MOTIONS |
| v. ) | |
| ) | |
| SHAWN CAMERON, ) | HONORABLE Oliver W. Wanger |
| aka "Bubbles," et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KIMBERLY A. SANCHEZ, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their attorneys, having stipulated and agreed to that the government's response to defendants' motions may be filed on or before August 9, 2010, IT IS SO ORDERED.

**Dated:   August 5, 2010**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1