BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:10-CR-00211 OWW |
| Plaintiff, | ) ) ) | ORDER UNSEALING PROTECTIVE ORDER ENTERED ON JUNE 24, 2010 |
| v. | ) ) | |
| SHAWN CAMERON, et. al., | ) ) ) | |
| Defendants. | ) ) | |

The United States of America, by and through BENJAMIN B. WAGNER, the United States

Attorney for the Eastern District of California, and KATHLEEN A. SERVATIUS and KIMBERLY

A. SANCHEZ,  Assistant United States Attorneys, having requested that the Protective Order,

entered by the Court on June 24, 2010 pursuant to Rule 16 of the Federal Rules of Evidence, be

unsealed and made a part of the Court's public record, and good cause appearing,

IT IS HEREBY ORDERED that the Protective Order issued in this case on June 24, 2010

ONLY be unsealed and made a part of the Court's public record in this case.

Dated: August 20, 2010

/s/ OLIVER W. WANGER
Honorable OLIVER W.  WANGER
United States District Judge

1