```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333


Attorney for Defendant
SHAWN MICHAEL CAMERON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>vs.                           )<br>                              )<br>SHAWN MICHAEL CAMERON,        )<br>                              )<br>            Defendant.        )<br>_____) | Case No: 10 cr 211 OWW<br><br>ORDER ON CAMERON'S REQUEST<br>FOR MODIFICATION OF<br>NO CONTACT ORDER<br><br><br>TIME: 9:00 a.m.<br>DATE: August 23, 2010<br>COURTROOM: 3 |

    On August 23, 2010, Mr. Irigoyen appeared on behalf of Mr. Shawn Cameron and Ms. Delapp on behalf of Mrs. Cameron on a hearing to modify the no contact order.

    **IT IS HEREBY ORDERED** that the no contact order between Mr. and Mrs. Cameron be modified.  Both may speak to each other telephonically if there is an investigator or an attorney associated with Ms. Delapp, on the phone with Ms. Cameron.  Only personal family matters between Mr. and Mrs. Cameron are to be discussed.  If the child's medical condition is such that there needs to be emergency communication then Ms. Delapp or her investigator may meet

1  with Mr. Cameron without Mr. Irigoyen's presence, with the
2  understanding that no aspect of the case would be discussed.
3
4
5
6
7  IT IS SO ORDERED.
8  **Dated:   September 2, 2010**              /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE