UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-0363 AWI |
| ) | 1:10-cr-0346 LJO |
| Plaintiff, ) | 1:10-cr-0211 OWW |
| ) | |
| v. ) | ORDER TRANSFERRING CASES |
| ) | |
| FELIPE RAMIREZ, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Notice of Related Cases filed by the government in case numbers 1:10-cr-0211 OWW, 1:10-cr-0346 LJO, and 1:10-cr-0363 AWI, the Court hereby transfers case numbers 1:10-cr-0346 and 1:10-cr-0363 to the docket of the Hon. Oliver W. Wanger as these cases arise out of the same investigation and Judge Wanger has the lowest case number and issued the wiretap orders in the investigations.  The parties in case numbers 1:10-cr-0346 and 1:10-cr-0363 are hereby notified that they must use the following case numbers on all future pleadings filed in these cases:  1:10-cr-0346 OWW and 1:10-cr-0363 OWW.

IT IS SO ORDERED.

Dated:   September 2, 2010                      /s/ Oliver W. Wanger

UNITED STATES DISTRICT JUDGE