```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLEY A. SANCHEZ
    KATHLEEN A. SERVATIUS
 3  DEANNA L. MARTINEZ
    Assistant U.S. Attorneys
 4  4401 Federal Building
    2500 Tulare Street
 5  Fresno, California 93721
    Telephone: (559) 497-4000
 6  Facsimile: (559) 497-4099

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) 1:10-CR-00211 OWW
                                   )
12            Plaintiff,           ) APPLICATION FOR ORDER
                                   ) REGARDING CRIMINAL FORFEITURE
13       v.                        ) OF PROPERTY IN GOVERNMENT
                                   ) CUSTODY - 18 U.S.C. §
14  SHAWN MICHAEL CAMERON,         ) 983(a)(3)(B)(ii)(II)
         aka "Bubbles,"            )
15       aka "Tanner;"             )
    JOSE ANTONIO VELEZ             )
16       aka "Cisco;"              )
    RICHARD ANTONIO SALAS,         )
17       aka "Tony,"               )
         aka "Tone'"               )
18       aka "Turtle;"             )
    RAYMOND LOUIS AVALOS,          )
19       aka "Lil Man,"            )
         aka "Littles;"            )
20  JEROME JAMES LANDEROS,         )
         aka "Peeps;"              )
21  ARMANDO NUNEZ,                 )
         aka "Mandio;"             )
22  JONATHAN OMAR MARIN MOJARRO;   )
    JOHN ANTHONY REYNA,            )
23       aka "Lil Shanker;"        )
    CALIXTRO ISRAEL SANCHEZ,       )
24       aka "Cali Killa;"         )
         aka "Cali;"               )
25  LEONARD LUERA,                 )
         aka "Lenny;"              )
26  CHRISTOPHER ANTHONY MEDRANO,   )
         aka "Bob;"                )
27  CARLOS ENRIQUEZ                )
         aka "Charlie Brown;"      )
28  MANUEL ALEJANDRO GARCIA,       )
         aka "Mugsy;"              )
                                   )
```

```
 1  GAMALIEL GUERRA,                    )
         aka "Gumby;"                   )
 2  VANESSA MARIN MOJARRO               )
         CAMERON;                       )
 3  DAVID RAY SANCHEZ,                  )
         aka "Chuco;"                   )
 4  FLORENTINO TORRES ACOSTA;           )
    SALVADOR ZAMORA, JR.,               )
 5      aka "Chava;"                    )
    ANTONIO SANTOS PEREZ,               )
 6      aka "Tony Boy;"                 )
    ERNESTO CASTRO,                     )
 7      aka "Ernie;"                    )
        aka "Little E;"                 )
 8  FELIX ALEJANDRO,                    )
        aka "Fat Boy;"                  )
 9  JESUS RAMON SERRANO;                )
    DAVID STARRY,                       )
10      aka DAVID RENE TERRAZAS;        )
                                        )
11       Defendants.                    )
    _____)
12
```

13    The United States of America, through its counsel, hereby
14 moves for an order allowing the Government to maintain custody of
15 property already in the Government's possession pending the
16 resolution of a criminal forfeiture matter.  The grounds for the
17 motion are as follows:
18    On or about June 8, 2010, agents with the Bureau of Alcohol,
19 Tobacco, Firearms, and Explosives ("ATF") executed Federal search
20 warrants at 753 Manor Avenue in Hanford, California; 1294 Olive
21 Circle in Hanford, California; 13682 Alen Way in Armona,
22 California; 1109 Carmel Court in Hanford, California; 429 South
23 Irwin Street in Hanford, California; 1300 Pasteur Court in
24 Hanford, California; 718 East Myrtle Street in Hanford,
25 California; 1237 Acres Way in Hanford, California; 10764 Beverly
26 Drive in Hanford, California; 1195 East Hanford-Armona Road,
27 Apartment #108 in Lemoore, California; 1011 South Oak Road in
28 Earlimart, California; 1913 Briarwood Lane in Corcoran,

California; 226 Champion Street in Lemoore, California; 18920 Hanford-Armona Road, Apartment #16 in Lemoore, California; 10787 Abby Lane in Hanford, California; 1420 Lombard Street in Hanford, California; 1026 East Lacey Boulevard in Hanford, California; and 17 Grand Avenue, Apartment B in Lemoore, California.  Agents seized the following assets during the execution of the search warrants:

a)  United States Currency in the amount of $95,111;
b)  United States Currency in the amount of $1,140;
c)  United States Currency in the amount of $2,000;
d)  United States Currency in the amount of $1,000;
e)  United States Currency in the amount of $10,000;
f)  United States Currency in the amount of $4,457;
g)  United States Currency in the amount of $1,835;
h)  United States Currency in the amount of $533;
i)  United States Currency in the amount of $2,522;
j)  United States Currency in the amount of $200;
k)  United States Currency in the amount of $100;
l)  United States Currency in the amount of $14,000;
m)  United States Currency in the amount of $800;
n)  2005 GMC Sierra C1550, California License Plate Number 7S49399, VIN 2GTEC13TX51137807;
o)  2001 Dodge Intrepid, California License Plate Number 5KPE855, VIN 2B3HD46R71H643190;
p)  One Rolex Watch, one Cartier watch, two diamond rings, Cartier cuff-links, one pair of earrings, and one pair of Chanel earrings
q)  One Remington, Model 552, .22 caliber rifle, serial number A1613950;
r)  One Smith & Wesson, Model 19-3, .357 caliber revolver, serial number 9K96630, and six rounds of ammunition;
s)  One Davis Industries, Model OM-32, .22 caliber handgun, serial number 406255, with one round of ammunition, and five rounds of 9mm Luger ammunition;
t)  One Remington Arms Company, Model 870 Wingmaster, 12 gauge rifle, serial number 8880442V;
u)  Ithaca Gun Company, Model 66 Supersingle, 20 gauge shotgun, serial number 81660371 and six rounds of ammunition;
v)  17 rounds of assorted 12 gauge shotgun ammunition and one round of 30-30 caliber ammunition;
w)  An SWD, model M-11, 9mm caliber handgun, serial number 87-0009820, one Taurus revolver, serial number GG45135, 33 rounds of 9mm ammunition, and 182 rounds of ammunition; and
x)  One magazine containing 10 rounds of 9mm R.D. ammunition.

Hereinafter, the above-referenced assets are collectively referred to as the "seized assets."

On June 17, 2010, the Grand Jury returned a Superseding Indictment containing a forfeiture allegation that includes the above-described assets. The Superseding Indictment alleges that the above-described assets are subject to forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 2461(c).

The applicable forfeiture statutes in this case are 21 U.S.C. § 853 and 21 U.S.C. § 2461(c). Section 2461(c) provides that the court shall utilize the criminal forfeiture procedures set forth in 21 U.S.C. § 853. That statute provides several methods for preserving property for the purpose of criminal forfeiture. One such provision authorizes a court upon the filing of an indictment charging an offense for which forfeiture may be ordered and alleging that specific property would, in the event of conviction, be subject to forfeiture to "take any other action to preserve the availability" of such property. *See* 21 U.S.C. § 853(e)(1)(A). Such restraining orders may be entered ex parte. And, in entering the order, the Court may rely on the grand jury's return of an indictment specifying that the property shall, upon conviction, be subject to forfeiture to the United States. *See, e.g., United States v. Jamieson*, 427 F.3d 394, 405-06 (6th Cir. 2005) (initial issuance of restraining order under Section 853(e)(1)(A) may be ex parte and based on grand jury's finding of probable cause).

The Government contends here that the "take any other action to preserve the availability" of property provision of Section 853(e)(1)(A) applies in circumstances where, as here, the

1 Government has already obtained lawful custody of the assets
2 pursuant to Federal search warrants, and the Government seeks to
3 continue to maintain custody of such assets pending further
4 criminal forfeiture proceedings.  Accordingly, pursuant to
5 Section 853(e)(1)(A) of Title 21, the United States respectfully
6 moves this court to issue an ex parte order based on the grand
7 jury's finding of probable cause that directs that the United
8 States may maintain custody of the seized assets through the
9 conclusion of the pending criminal case.

10 DATED: September 24, 2010              BENJAMIN B. WAGNER
                                           United States Attorney
11

12                                         /s/ Deanna L. Martinez
                                           DEANNA L. MARTINEZ
13                                         Assistant U.S. Attorney

14

15                                **ORDER**

16     This matter comes before the Court on the motion of the
17 United States for an Order authorizing the Government and its
18 agencies to maintain custody of certain property pending the
19 conclusion of the pending criminal case.  For the reasons
20 provided in the Government's motion, the Court makes the
21 following orders:

22     IT IS HEREBY ORDERED, that the United States and its
23 agencies, including the ATF and/or the U.S. Marshals Service, are
24 authorized to maintain and preserve the following assets until
25 the conclusion of the instant criminal case, or pending further
26 Order of this Court:

27     a)   United States Currency in the amount of $95,111;
        b)   United States Currency in the amount of $1,140;
28      c)   United States Currency in the amount of $2,000;
        d)   United States Currency in the amount of $1,000;

| | | |
|---|---|---|
| e) | United States Currency in the amount of $10,000; |
| f) | United States Currency in the amount of $4,457; |
| g) | United States Currency in the amount of $1,835; |
| h) | United States Currency in the amount of $533; |
| i) | United States Currency in the amount of $2,522; |
| j) | United States Currency in the amount of $200; |
| k) | United States Currency in the amount of $100; |
| l) | United States Currency in the amount of $14,000; |
| m) | United States Currency in the amount of $800; |
| n) | 2005 GMC Sierra C1550, California License Plate Number 7S49399, VIN 2GTEC13TX51137807; |
| o) | 2001 Dodge Intrepid, California License Plate Number 5KPE855, VIN 2B3HD46R71H643190; |
| p) | One Rolex Watch, one Cartier watch, two diamond rings, Cartier cuff-links, one pair of earrings, and one pair of Chanel earrings |
| q) | One Remington, Model 552, .22 caliber rifle, serial number A1613950; |
| r) | One Smith & Wesson, Model 19-3, .357 caliber revolver, serial number 9K96630, and six rounds of ammunition; |
| s) | One Davis Industries, Model OM-32, .22 caliber handgun, serial number 406255, with one round of ammunition, and five rounds of 9mm Luger ammunition; |
| t) | One Remington Arms Company, Model 870 Wingmaster, 12 gauge rifle, serial number 8880442V; |
| u) | Ithaca Gun Company, Model 66 Supersingle, 20 gauge shotgun, serial number 81660371 and six rounds of ammunition; |
| v) | 17 rounds of assorted 12 gauge shotgun ammunition and one round of 30-30 caliber ammunition; |
| w) | An SWD, model M-11, 9mm caliber handgun, serial number 87-0009820, one Taurus revolver, serial number GG45135, 33 rounds of 9mm ammunition, and 182 rounds of ammunition; and |
| x) | One magazine containing 10 rounds of 9mm R.D. ammunition. |

IT IS SO ORDERED.

DATED: October 4, 2010         /s/ OLIVER W. WANGER
                               OLIVER W. WANGER
                               United States District Court Judge