1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    UNITED STATES OF AMERICA,          )  CASE NOS. 1:10-CR-00211;
                                        )  1:10-CR-00346;
9                     Plaintiff,        )  1:10-CR-00363;
                                        )  1:11-CR-00051 OWW
10   v.                                 )
                                        )  ORDER ON GOVERNMENT'S
11                                      )  APPLICATION FOR AN AMENDED
     SHAWN CAMERON, et al.,             )  PROTECTIVE ORDER
12   MARTIN MARTINEZ, et al.,           )
     FELIPE RAMIREZ, et al.,            )
13   ROBERT SALAZAR, et al.,            )
                                        )
14                    Defendants.

15   _____

16        IT IS HEREBY ORDERED THAT:

17        1.   The government will provide an unsecured copy of the

18   discovery to Court appointed paralegal, Connie Supranowich of

19   Independent Paralegal Services in St. Charles, MO 63304;

20        2.   Ms. Supranowich will agree not to disseminate the copy of

21   discovery to anyone, but she will use the copy to organize the

22   discovery.

23        3.   Ms. Supranowich will place the organized discovery on a

24   disc to provide to each defense attorney.  She will secure the data

25   to prevent any printing, changes or modifications.  She will send a

26   copy to the government before disseminating the discovery in

27   electronic or paper format only so that the government can confirm

28   that the discovery has been properly secured.

                                    1

4.     Ms. Supranowich will execute a declaration acknowledging that she has read and agrees to comply with the Court's order prior to being provided with the unsecured discovery.

5.     Ms. Supranowich may retain a copy of the unsecured discovery throughout the time that the instant case is pending, but shall return it to the government at the conclusion of the case or when her involvement ceases.

IT IS SO ORDERED.

**Dated:    May 19, 2011**                      **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE