1   SALVATORE SCIANDRA, Bar No. 58256
    Law Offices of Salvatore Sciandra
2   2300 Tulare Street, Suite 230
    Fresno, California  93721
3   Telephone:  559.233.1000
    Facsimile:  559.233.6044
4   E-Mail:  salsciandra@sbcglobal.net

5

6   Attorney for Defendant, CARLOS ENRIQUEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   CASE NUMBER: 1:10-CR-00211-OWW
                                       )
11                 Plaintiff,          )
                                       )   ORDER AFTER HEARING RE:
12  v.                                 )   DISTRIBUTION OF DISCOVERY
                                       )   INDEX PREPARED BY CJA
13  SHAWN CAMERON, et al.,             )   APPOINTED PARALEGAL
                                       )
14                 Defendants.         )
                                       )
15  _____)

16        A hearing having been held with all parties present with counsel, the Court hereby grants

17  defendant CARLOS ENRIQUEZ'S request that he be allowed to distribute to both CJA appointed

18  attorneys and privately retained attorneys the discovery index that was prepared by CJA appointed

19  paralegal Connie Supranowich.  This Order extends to the distribution of the index to all defendants

20  in the related cases of *U.S. v SHAWN CAMERON, et al.*, Case No.: 1:10-CR-211-OWW, *U.S. v*

21  *MARTIN MARTINEZ, et al.,* Case No.: 1:10-CR-346-OWW, *U.S. v FELIPE RAMIREZ, et al.,* Case

22  No.: 1:10-CR-363-OWW and *U.S. v. ROBERT SALAZAR, et al.,* Case No.: 1:11-CR-051-OWW.

23        The Court further finds that the request of defendant CARLOS ENRIQUEZ is justified on the

24  grounds that providing retained counsel with the work product of the CJA appointed paralegal is in the

25  furtherance of justice and will aid in the defense preparations of this case without undue delay.

26  ///

27

28  ///

1

2    IT IS SO ORDERED.

3    **Dated:    May 20, 2011**                              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28