J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorney for Defendant
SHAWN CAMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 10 cr 211 OWW |
| | ) | |
| Plaintiff, | ) | **ORDER SEALING** |
| | ) | **DOCUMENTS** |
| | ) | |
| vs. | ) | |
| | ) | |
| SHAWN MICHAEL CAMERON | ) | |
| | ) | |
| Defendant. | ) | Honorable: Oliver W. Wanger |
| _____ | ) | |

Notice of request to seal documents having been duly given, and Good cause appearing for Defendant's Request to Seal Documents relating to Defendant's ex-parte request for non-panel attorney CJA appointment,

IT IS THEREFORE ORDERED that the documents described in the Request To Seal Documents be sealed so sealed herewith.

Dated: July 5, 2011            /s/ Oliver W. Wanger____
                               Oliver W. Wanger,
                               U.S. District Court Judge

1