BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

SEP 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-00211 LJO |
| Plaintiff, ) | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS DEFENDANTS **SHAWN CAMERON AND JOSE VELEZ** WITHOUT PREJUDICE AND ORDERING THAT DEFENDANTS REMAIN DETAINED (Fed. R. Crim. P. 48(a)) |
| v. ) | |
| SHAWN CAMERON, and ) JOSE VELEZ, ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that the charges as to SHAWN CAMERON and JOSE VELEZ only and only in the above-entitled case, be dismissed without prejudice, in the interest of justice.

IT IS FURTHER ORDERED THAT SHAWN CAMERON and JOSE VELEZ remain DETAINED as ordered in case numbers 1:10-cr-346 LJO and 1:11-cr-220 LJO.

Dated: September 21, 2011

_____
Honorable Lawrence J. O'Neill
U.S. District Judge

1