IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN MICHAEL CAMERON, et al.,<br><br>Defendants. | CASE NO. CR F 10-0211 LJO<br>**(NEW CASE NO. CR F 11-354 LJO)**<br><br>**ORDER TO CONSOLIDATE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN MARTINEZ, et al.,<br><br>Defendants. | CASE NO. CR F 10-0346 LJO<br>**(NEW CASE NO. CR F 11-354 LJO)**<br><br>**ORDER TO CONSOLIDATE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELIPE RAMIREZ, et al.,<br><br>Defendants. | CASE NO. CR F 10-0363 LJO<br>**(NEW CASE NO. CR F 11-354 LJO)**<br><br>**ORDER TO CONSOLIDATE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT SALAZAR, et al., | CASE NO. CR F 11-0051 LJO<br>**(New CASE NO. CR F 11-354 LJO)**<br><br>**ORDER TO CONSOLIDATE** |

Defendants.

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 11-0220 LJO |
| Plaintiff, | **(New CASE NO. CR F 11-354 LJO)** |
| vs. | **ORDER TO CONSOLIDATE** |
| JOSE ANTONIO VELEZ, et al., | |
| Defendants. | |
| _____/ | |

For the reasons stated at the Status Hearing held on October 14, 2011 in Courtroom 3, with all counsel and all parties present, this Court ORDERS the following numbered five cases to be consolidated into one single case:

1:10-CR-211

1:10-CR-346

1:10-CR-363

1:11-CR-051

1:11-CR-220

The clerk of court is DIRECTED to open a new case, Case No. CR F 11-354, and to consolidate these five actions into the new case. The clerk of court is DIRECTED to file a copy of this order in each of the above-captioned actions. **All future filings shall bear the new case number: CR F 11-354 LJO.**

IT IS SO ORDERED.

**Dated:   October 14, 2011**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE